**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP**
  **926 J. Street, Suite 414**
  **Sacramento, CA  95814**
  **Telephone:   916.492.0700**
  **Facsimile:    916.492.0800**

**Attorney for Defendant**
**CHARLES SIGERSETH**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S 05 139 WBS |
|             Plaintiff, ) | |
| vs. ) | STIPULATION AND ORDER |
| CHARLES SIGERSETH, ) | |
|             Defendant. ) | |

    It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Rob Tice-Raskin, Assistant United States Attorney, and defendant, CHARLES SIGERSETH, through his counsel of record, Joseph J. Wiseman, and CALVIN L. AVILA, through his counsel of record, Jeffery Staniels, that the status conference scheduled for April 20, 2005 at 9:00 a.m., be rescheduled to May 11, 2005 at 9:00 a.m. The parties are requesting this continuance because CHARLES SIGERSETH has not yet made his initial appearance before the Magistrate Judge, which is scheduled to take place on May 10, 2005, at 2:00 p.m.

The parties further stipulate and agree that time from the date of this Order through the date of the status conference set for May 11, 2005 be excluded from the speedy trial calculation pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated: April 18, 2005            Respectfully submitted,

WISEMAN LAW GROUP

By:  /s/  Joseph J. Wiseman
    JOSEPH J. WISEMAN
    Attorney for Defendant
    CHARLES SIGERSETH

Dated: April 18, 2005            By:  /s/Jeffery Staniels
    JEFFERY STANIELS
    Attorney for Defendant
    CALVIN AVILA

Dated: April 18, 2005            McGREGOR W. SCOTT
    United States Attorney

By:  /s/ Rob Tice-Raskin
    ROB TICE-RASKIN, AUSA
    Attorney for Plaintiff
    UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference in the above-captioned case be continued to May 11, 2005 at 9:00 a.m.  IT IS FURTHER ORDERED THAT the time from the date of this Order to May 11, 2005 be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated: April 18, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE