QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CALVIN AVILA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:05-cr-139 WBS |
| ) Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING CASE AND EXCLUDING |
| ) | TIME |
| CHARLES J. SIGERSETH, ) | |
| CALVIN L. AVILA, ) | |
| ) | Date:  June 15, 2005 |
| Defendants. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney S.Robert Tice-Raskin, counsel for Plaintiff, Joseph J. Wiseman, Esq., counsel for defendant CHARLES J. SIGERSETH, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for defendant CALVIN L AVILA, that the status conference scheduled for May 11, 2005, be vacated and the matter continued to June 15, 2005 at 9:00 a.m. for status conference.

1    This continuance is sought to permit defense preparation.  Mr.
2 Sigerseth arrived in this district and initially appeared and was
3 arraigned on May 10, 2005.  Discovery exceeding 2000 pages was recently
4 received by defense counsel and has not been reviewed as of yet, nor
5 have the defendants had the opportunity to review discovery.
6 Furthermore, the indictment charges a complex conspiracy to conceal
7 substantial assets held in the name of fictitious entities. On that
8 basis the case is appropriately deemed to be complex within the meaning
9 of the Speedy Trial Act.

10    **IT IS FURTHER STIPULATED** that the interests of the public in a
11 speedy trial are outweighed by the interest in permitting this
12 continuance and opportunity for defense counsel to review discovery and
13 to consult with their respective clients, and that time for trial under
14 the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* is appropriately
15 excluded pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(ii)&(iv), Local
16 Codes T-2 & T-4.

17    The court is advised that counsel have conferred and that Mr.
18 Staniels has been authorized to sign this stipulation for Mr. Wiseman
19 and Mr. Tice-Raskin.

20    **IT IS SO STIPULATED**.

22 Dated:  May 11, 2005                 /S/ S.Robert Tice-Raskin
                                        S. Robert Tice-Raskin
23                                      Assistant U.S. Attorney
                                        Counsel for Plaintiff

25
26 Dated:  May 11, 2005                 /S/Joseph J. Wiseman
                                        Joseph J. Wiseman, Esq.
                                        Counsel for CHARLES J. SIGERSETH

Stipulation and Order                   2

Dated:  May 11, 2005                /S/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    CALVIN AVILA


# O R D E R

The attached request for a continuance until June 15, 2005, and the exclusion of time under the Speedy Trial Act is GRANTED.  Based on the representations of counsel, the Court finds that this case is complex within the meaning of 18 U.S.C. § 3161(H)(8)(B)(ii). The Court further finds that the public interest in a speedy trial is outweighed by the interests of justice in permitting this time for preparation and consultation.  Time for trial between May 11, 2005, and June 15, 2005, is excluded pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(ii)&(iv), Local Codes T-2 & T-4.

**IT IS SO ORDERED.**

                              By the Court


Dated:  May 11, 2005


_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order                    3