**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
  1477 Drew Avenue, Suite 106
  Davis, California 95616
  Telephone:  530.759.0700
  Facsimile:   530.759.0800

**Attorney for Defendant**
**CHARLES SIGERSETH**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR.S 05 139 WBS |
| Plaintiff, | |
| vs. | ORDER |
| CHARLES SIGERSETH, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, for the reasons stated on the record in open court, IT IS HEREBY ORDERED THAT the status conference in the above-captioned case is continued to July 27, 2005 at 9:00 a.m.  IT IS FURTHER ORDERED THAT the time from June 15, 2005 to July 27, 2005 shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated: June 15, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER                                                                                                              CR. S-05 139 WBS