**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
  1477 Drew Avenue, Suite 106
  Davis, California 95616
  Telephone:  530.759.0700
  Facsimile:  530.759.0800

**Attorney for Defendant**
**CHARLES SIGERSETH**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR.S 05 139 WBS |
|  Plaintiff, | |
|  vs. | STIPULATION AND ORDER |
| CHARLES SIGERSETH, | |
|  Defendant. | |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Robert Tice-Raskin, Assistant United States Attorney, and defendant, CHARLES SIGERSETH, through his counsel of record, Joseph J. Wiseman, and CALVIN L. AVILA, through his counsel of record, J. Toney, that the status conference scheduled for September 7, 2005 at 9:00 a.m., be rescheduled to October 19, 2005 at 9:00 a.m. The parties are requesting this continuance to provide defendants' counsel additional time to review extensive discovery generated in this case and obtain additional documents from the Internal Revenue Service relating to the charges.

The parties further stipulate and agree that time from the date of this Order through the date of the status conference set for October 19, 2005 be excluded from the speedy trial calculation pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated: September 6, 2005                Respectfully submitted,

By: __/s/ Joseph J. Wiseman__
JOSEPH J. WISEMAN
Attorney for Defendant
CHARLES SIGERSETH

Dated: September 6, 2005        By: __/s/ J. Toney_____
J. TONEY
Attorney for Defendant
CALVIN AVILA

Dated: September 6, 2005

By: ____/s/ Robert Tice-Raskin_____
ROBERT TICE-RASKIN, AUSA
Attorney for Plaintiff
UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference in the above-captioned case is continued to October 19, 2005 at 9:00 a.m.  IT IS FURTHER ORDERED THAT the time from the date of this Order to October 19, 2005 be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated: September 6, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE