**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95616
   Telephone:   530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
**CHARLES SIGERSETH**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR.S 05 139 WBS |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER |
| CHARLES SIGERSETH, | |
| Defendant. | |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Robert Tice-Raskin, Assistant United States Attorney, and defendant, CHARLES SIGERSETH, through his counsel of record, Joseph J. Wiseman that the hearing on Motion to Dismiss the Indictment scheduled for September 14, 2005 at 9:00 a.m., be rescheduled to October 19, 2005 at 9:00 a.m., the date set for the status conference in this case.

///

///

Time shall be excluded from the speedy trial calculation pursuant to 18 U.S.C. §§ 3161(h)(1)(F) (filing of pretrial motion).

Dated: September 6, 2005           Respectfully submitted,

         By: __/s/ Joseph J. Wiseman__
             JOSEPH J. WISEMAN
             Attorney for Defendant
             CHARLES SIGERSETH

Dated: September 6, 2005

         By: ____/s/ Robert Tice-Raskin_____
             ROBERT TICE-RASKIN, AUSA
             Attorney for Plaintiff
             UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the hearing on defendant's Motion to Dismiss Indictment in the above-captioned case is continued to October 19, 2005 at 9:00 a.m. IT IS FURTHER ORDERED THAT the time be excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F) (filing of pretrial motion).

Dated: September 6, 2005

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER                      CR. S-05 139 WBS

Case 2:05-cr-00139-WBS   Document 42   Filed 09/08/05   Page 2 of 2

Time shall be excluded from the speedy trial calculation pursuant to 18 U.S.C. §§ 3161(h)(1)(F) (filing of pretrial motion).

Dated: September 6, 2005

Respectfully submitted,

By: __/s/ Joseph J. Wiseman__
JOSEPH J. WISEMAN
Attorney for Defendant
CHARLES SIGERSETH

Dated: September 6, 2005

By: ____/s/ Robert Tice-Raskin_____
ROBERT TICE-RASKIN, AUSA
Attorney for Plaintiff
UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the hearing on defendant's Motion to Dismiss Indictment in the above-captioned case is continued to October 19, 2005 at 9:00 a.m. IT IS FURTHER ORDERED THAT the time be excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F) (filing of pretrial motion).

Dated: September 6, 2005

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER      CR. S-05 139 WBS