**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95616
   Telephone:   530.759.0700
   Facsimile:    530.759.0800

**Attorney for Defendant**
**CHARLES SIGERSETH**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  vs.<br><br><br><br>CHARLES SIGERSETH,<br><br>            Defendant. | Case No. CR.S 05 139 WBS<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE STATUS CONFERENCE AND HEARING ON MOTION TO DISMISS THE INDICTMENT |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Robert Tice-Raskin, Assistant United States Attorney, and defendant, CHARLES SIGERSETH, through his counsel of record, Joseph J. Wiseman, and CALVIN L. AVILA, through his counsel of record, J. Toney, that the status conference and hearing on Motion to Dismiss the Indictment scheduled for October 19, 2005 at 9:00 a.m., be rescheduled to November 9, 2005 at 9:00 a.m. The parties are requesting this continuance to accommodate the court's request that the matters be continued to the November date.

The parties further stipulate and agree that time from the date of this Order through the

1

STIPULATION AND ORDER To Continue Status Conference        CR. S-05 139 WBS
And Hearing on the Motion to Dismiss the Indictment

date of the status conference set for November 9, 2005 be excluded from the speedy trial calculation pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated: September 29, 2005         Respectfully submitted,

                              By:   /s/ Joseph J. Wiseman
                                  JOSEPH J. WISEMAN
                                  Attorney for Defendant
                                  CHARLES SIGERSETH

Dated: September 29, 2005     By:   /s/ J. Toney
                                  J. TONEY
                                  Attorney for Defendant
                                  CALVIN AVILA

Dated: September 29, 2005
                              By:    /s/ Robert Tice-Raskin
                                  ROBERT TICE-RASKIN, AUSA
                                  Attorney for Plaintiff
                                  UNITED STATES OF AMERICA

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference and hearing on defendant's Motion to Dismiss the Indictment in the above-captioned case is continued to November 9, 2005 at 9:00 a.m.  IT IS FURTHER ORDERED THAT the time from the date of this Order to November 9, 2005 be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated: October 3, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE