**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95616
   Telephone:   530.759.0700
   Facsimile:    530.759.0800

**Attorney for Defendant**
**CHARLES SIGERSETH**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S 05 139 WBS |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND ORDER ON |
| ) | HEARING FOR BILL OF PARTICULARS |
| CHARLES SIGERSETH, ) | |
| Defendant. ) | |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Robert Tice-Raskin, Assistant United States Attorney, and defendant, CHARLES SIGERSETH, through his counsel of record, Joseph J. Wiseman, that the hearing on Motion for Bill of Particulars scheduled for October 12, 2005 at 2:00 p.m., before Magistrate Judge Peter A. Nowinski, be rescheduled to November 9, 2005 at 2:00 p.m., before Magistrate Judge Dale A. Drozd.

///

///

---

1

STIPULATION AND ORDER                                              CR. S-05 139 WBS

Time shall be excluded from the speedy trial calculation pursuant to 18 U.S.C. §§ 3161(h)(1)(F) (filing of pretrial motion).

Dated: October 7, 2005                    Respectfully submitted,

                                        By:   /s/ Joseph J. Wiseman
                                               JOSEPH J. WISEMAN
                                               Attorney for Defendant
                                               CHARLES SIGERSETH

Dated: October 7, 2005
                                        By:      /s/ Robert Tice-Raskin
                                               ROBERT TICE-RASKIN, AUSA
                                               Attorney for Plaintiff
                                               UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the hearing on defendant's Motion for Bill of Particulars in the above-captioned case is continued to November 9, 2005 at 2:00 p.m.  IT IS FURTHER ORDERED THAT the time be excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F) (filing of pretrial motion).

Dated: October 11, 2005
                                                 /s/ Peter A. Nowinski
                                               PETER A NOWINSKI
                                               UNITED STATES MAGISTRATE JUDGE