1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
   **JOSEPH J. WISEMAN, P.C.**
2     1477 Drew Avenue, Suite 106
      Davis, California 95616
3     Telephone:  530.759.0700
      Facsimile:  530.759.0800
4
   **Attorney for Defendant**
5  **CHARLES SIGERSETH**

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10                     SACRAMENTO DIVISION

11

12 UNITED STATES OF AMERICA,        )   **Case No. CR.S 05 139 WBS**
                                    )
13          Plaintiff,             )
                                    )
14    vs.                          )   STIPULATION AND ORDER REMOVING
                                    )   FROM CALENDAR HEARING ON
15                                  )   MOTION FOR BILL OF PARTICULARS
                                    )
16 CHARLES SIGERSETH,               )
                                    )
17          Defendant.             )
   _____  )

18

19       It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF

20 AMERICA, through its counsel of record, Robert Tice-Raskin, Assistant United States Attorney,

21 and defendant, CHARLES SIGERSETH, through his counsel of record, Joseph J. Wiseman, that

22 the hearing on Motion for Bill of Particulars scheduled for November 9, 2005, at 2:00 p.m.,

23 before Magistrate Judge Dale A. Drozd, be taken off the court's calendar.

24       The parties have entered this Stipulation on the grounds that judicial economy will be

25

26 promoted if the motion is taken off calendar. Specifically, a substantive Motion to Dismiss the

27 Indictment is now scheduled to be heard before the Honorable William B. Shubb on November

28

---

30, 2005, and the Court's ruling on the motion might obviate the need to litigate defendant's request for a Bill of Particulars. The parties further stipulate that defendant is not waiving his right to re-file at a later date the Motion for Bill of Particulars pursuant to Rules 7(f) and 12(b)(3) of the Federal Rules of Criminal Procedure.

Dated: November 7, 2005

          Respectfully submitted,

          By: __/s/ Joseph J. Wiseman__
            JOSEPH J. WISEMAN
            Attorney for Defendant
            CHARLES SIGERSETH

Dated: November 7, 2005

          By: ____/s/ Robert Tice-Raskin_____
            ROBERT TICE-RASKIN, AUSA
            Attorney for Plaintiff
            UNITED STATES OF AMERICA

**ORDER**

Pursuant to the Stipulation of the parties, and for GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the hearing on defendant's Motion for Bill of Particulars now scheduled for November 9, 2005, at 2:00 p.m., is taken off the court's calendar without prejudicing defendant's right to re-file the motion at a later date.

```
Dated:   November 7, 2005
```

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/sigerseth0139.stipord