UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

            Plaintiff,

      v.

CHARLES J. SIGERSETH, and
CALVIN L. AVILA,

            Defendants.

NO.  CR-S-05-139 WBS

ORDER

----oo0oo----

       This case came on for trial setting on November 30, 2005.  Counsel for defendant Sigerseth indicated that his client wanted the matter set for trial as soon as possible, but counsel for defendant Avila indicated he could not be ready for trial in either December, 2005 or January, 2006.  Although counsel for defendant Avila would agree to a trial date in April, 2006, counsel for defendant Sigerseth would not.  Accordingly, the only time for trial acceptable to counsel for both defendants is a date in February, 2006.

       The undersigned judge to whom this case has been assigned will not be available to try this case in February, 2006, because he has committed to preside over a trial in the

1  Northern District of California which will commence on January
2  31, 2006 and is expected to last six to eight weeks.  Therefore,
3  this case is set for trial to commence at 9:00 a.m., on Tuesday,
4  February 21, 2006, in a courtroom to be assigned, in the Robert
5  T. Matsui United States Courthouse, 501 I Street, Sacramento,
6  California, before The Honorable Ralph R. Beistline, United
7  States District Judge of the District of Alaska, sitting by
8  designation.
9           The trial Confirmation hearing is set for 10:00 a.m.,
10 on February 2, 2006, in Courtroom 5, the parties and counsel to
11 appear in person, with Judge Beistline presiding telephonically.
12           IT IS SO ORDERED.
13 DATED:  November 30, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE