1  JOSEPH J. WISEMAN, ESQ., CSBN 107403
   JOSEPH J. WISEMAN, P.C.
2     1477 Drew Avenue, Suite 106
      Davis, California 95616
3     Telephone:   530.759.0700
      Facsimile:   530.759.0800
4
   Attorney for Defendant
5  CHARLES SIGERSETH

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10                 SACRAMENTO DIVISION

11

12 | UNITED STATES OF AMERICA,          )  Case No. CR.S 05 139 WBS
                                        )
13 |              Plaintiff,            )
                                        )
14 |    vs.                             )  STIPULATION AND [PROPOSED] ORDER
                                        )  EXCLUDING TIME UNDER THE SPEEDY
15 |                                    )  TRIAL ACT (18 U.S.C. § 3161(h)(8)(B)(iv))
                                        )
16 | CHARLES SIGERSETH,                 )
                                        )
17 |              Defendant.            )
                                        )
18

19        It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF

20 AMERICA, through its counsel of record, Robert Tice-Raskin, Assistant United States Attorney,

21 and defendant, CHARLES SIGERSETH, through his counsel of record, Joseph J. Wiseman, and

22 CALVIN L. AVILA, through his counsel of record, J. Toney, that the time between December 1,

23 2005, and February 21, 2006, the date this matter is set for trial, be excluded from the speedy

24 trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local

25 Rule T4.

26 /////

27

28

                                        1

STIPULATION AND ORDER EXCLUDING TIME UNDER                      CR. S-05 139 WBS
THE SPEEDY TRIAL ACT

1 | Dated: December 6, 2005            Respectfully submitted,

2                                      By:   /s/ Joseph J. Wiseman

3                                            JOSEPH J. WISEMAN
                                             Attorney for Defendant
4                                            CHARLES SIGERSETH

5 | Dated: December 6, 2005,           By:   /s/ J. Toney

6                                            J. TONEY
                                             Attorney for Defendant
7                                            CALVIN AVILA

8 | Dated: December 6, 2005

                                       By:      /s/ Robert Tice-Raskin
9                                            ROBERT TICE-RASKIN, AUSA
                                             Attorney for Plaintiff
10                                           UNITED STATES OF AMERICA

11

12                                     **ORDER**

13        Pursuant to the Stipulation of the parties to this action, and for GOOD CAUSE HAVING

14 | BEEN SHOWN, IT IS HEREBY ORDERED THAT            the time between December 1,

15 | 2005, and February 21, 2006, the date this matter is set for trial, be excluded from the speedy
16

17 | trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local

18 | Rule T4.

19 | Dated:  December 7, 2005

20

21        *[signature]*
          WILLIAM B. SHUBB
22        UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

2

STIPULATION AND ORDER EXCLUDING TIME UNDER                          CR. S-05 139 WBS
THE SPEEDY TRIAL ACT

PDF created with pdfFactory trial version www.pdffactory.com