```
QUIN DENVIR, State Bar No. 49374
ROTHSCHILD WISHEK & SANDS LLP
901 F Street, Suite 200
Sacramento, CA  95814
Telephone:  (916) 444-9845
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | ) No. CR 05-139 WBS |
|            Plaintiff,                ) | ) |
|     v.                               ) | ) **STIPULATION AND [PROPOSED]** |
|                                      ) | ) **ORDER** |
| CHARLES J. SIGERSETH,                ) | ) |
|            Defendant.                ) | ) |

Plaintiff, United States of America, by its counsel, Richard J. Bender, and Defendant Charles Sigerseth, by his counsel, Quin Denvir, hereby stipulate and agree as follows. Defendant has filed a notice of appeal from the judgment and sentence, and has a motion for bail on appeal pending before the Ninth Circuit.  Accordingly, the parties agree that the order directing defendant to self-surrender on January 25, 2007 should be vacated, and defendant should be continued on his bail status

PDF created with pdfFactory trial version www.pdffactory.com

under supervision of the pretrial services office, until further order of the court.

DATED:   January 12, 2007          Respectfully submitted,


                                    /s/ Quin Denvir
                                   QUIN DENVIR
                                   Attorney for Defendant-Appellant
                                   CHARLES J. SIGERSETH


DATED:   January 12, 2007           /s/ Richard J. Bender
                                   Telephonically authorized to
                                   sign for RICHARD J. BENDER
                                   Attorney for Plaintiff-Appellee



**O R D E R**

For good cause shown, IT IS HEREBY ORDERED that the date upon which defendant shall surrender to the institution designated by the Bureau of Prisons is extended to **February 16, 2007,** at 2:00 p.m.  Any further requests for extension of this date shall be directed to the Court of Appeals.

DATED: January 12, 2007

                                   WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE


US v. Sigerseth, 05cr0139 WBS          2
Stip/Proposed Order

PDF created with pdfFactory trial version www.pdffactory.com