UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CHARLES J. SIGERSETH,

        Petitioner,

   v.

UNITED STATES OF AMERICA,

        Respondent.
_____/

<u>ORDER</u> CR.  2:05-139 WBS

----oo0oo----

        On November 13, 2009, petitioner Charles J. Sigerseth, a prisoner proceeding <u>pro se</u>, filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The United States shall file any opposition to petitioner's motion no later than December 11, 2009. Petitioner may then file a reply no later than January 1, 2010. The matter will then be taken under submission unless the court determines that oral argument is necessary.

///

///

1

1
2          IT IS SO ORDERED.
3  DATED:  November 19, 2009
4                              _____
5                              WILLIAM B. SHUBB
                               UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28