McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR.S-05-139 WBS |
| ) | |
| Plaintiff, ) | GOVERNMENT'S MOTION FOR |
| ) | AN EXTENSION OF TIME TO FILE |
| v. ) | RESPONSE TO DEFENDANT'S |
| ) | MOTION PURSUANT TO |
| CHARLES J. SIGERSETH, ) | 28 U.S.C. § 2255 |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The United States hereby requests an extension of time from December 11, 2009, until January 11, 2010, to respond to the defendant's motion pursuant to 28 U.S.C. § 2255.  The reason for the request is that the motion raises nine separate grounds, some of which are easy to answer and some more difficult (the latter of which require pulling and reviewing the government's file). Fortunately the file had been retrieved from archives recently and is available for review. Government counsel has been occupied by other legal matters but should be able to file the government's response prior to January 11th extension deadline.  Therefore it is respectfully requested that the extension of time be granted.

Dated: December 11, 2009

                                                McGREGOR W. SCOTT
                                                U.S. Attorney

                                                by    /s/ Richard J. Bender
                                                        RICHARD J. BENDER
                                                        Assistant U.S. Attorney

[Motion for extension of time to file response to § 2255 motion (page two)]

It is so ORDERED,

this <u>14th</u> day of December, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2