UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CHARLES J. SIGERSETH, | CASE NO. 2:05-CR-00139 WBS |
| Movant, | ORDER DENYING CERTIFICATE OF APPEALABILITY |
| v. | |
| UNITED STATES OF AMERICA. | |
| _____/ | |

----oo0oo----

Defendant requests a certificate of appealability from this court's order of July 30, 2010, denying his motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2). It should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th

Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).

        The court has read and considered defendant's memorandum, filed September 20, 2010, in support of his request. It is replete with the same kind of fallacious interpretation of the Internal Revenue statutes that got defendant into trouble in the first place. For the reasons set forth in this court's order of July 30, 2010, the court declines to issue a certificate of appealability.

        IT IS THEREFORE ORDERED that defendant's request for a certificate of appealability from this court's order of July 30, 2010, denying his motion to vacate, set aside, or correct his sentence be, and the same hereby is, DENIED.

DATED:  September 21, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE